**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Eisa Afsharinejad
Plaintiff,
v.
Seyed Taher Kameli, et al.
Defendant.

Case No.: 1:25−cv−07363
Honorable Joan B. Gottschall

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable Joan B. Gottschall: Enter Memorandum Opinion and Order. Coastal defendants' motion to dismiss the complaint [31] is granted in part. This court concludes that it lacks personal jurisdiction over Coastal defendants and transfers this action to the United States District Court for the Middle District of Florida under the authority of 28 U.S.C. 1404(a). Kameli defendants' motion to dismiss the complaint [40] is denied without prejudice and with leave to reinstate following transfer of this action. Defendants' separate motions to stay, [62] and [64], pending this court's ruling on the instant motions to dismiss the complaint are denied as moot. The Clerk is directed to transfer the case forthwith. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.